IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE C. FJELLIN, AND for and as Trustees of the Leonard Van Liew Living Trust; and JAMES J. VAN LIEW, for and as Trustees of the Leonard Van Liew Living Trust;<br><br>Plaintiffs,<br><br>vs.<br><br>FRAUENSHUH HOSPITALITY GROUP OF MINNESOTA, a Minnesota limited liability company;<br><br>Defendant. | 8:15CV67<br><br>ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by Colin A. Mues as counsel of record for Third Party Defendant FourM Corporation, (Filing No. 52), is granted.

2) Third Party Defendant FourM Corporation cannot litigate in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before February 9, 2016, Third Party Defendant FourM Corporation shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

3) The clerk shall mail a copy of this order to Third Party Defendant FourM Corporation at:

| | | |
|---|---|---|
| FourM Corp | FourM Corp | FourM Corp |
| c/o Ralph E. Maloy | c/o Jackie Fjellin | c/o Richard Hoback |
| 750 N 16TH Road | 4505 Windsor Way | 1601 First Ave |
| Unadilla, NE 68454 | Sioux Falls, SD 57106 | Nebraska City, NE 68401 |

January 19, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge