# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE C. FJELLIN, AND for and as Trustees of the Leonard Van Liew Living Trust; and JAMES J. VAN LIEW, for and as Trustees of the Leonard Van Liew Living Trust;<br><br>Plaintiffs,<br><br>vs.<br><br>FRAUENSHUH HOSPITALITY GROUP OF MINNESOTA, a Minnesota limited liability company;<br><br>Defendant. | 8:15CV67<br><br>**ORDER** |

Third Party Defendant Four M Corporation's counsel was granted leave to withdraw on January 19, 2016. Third Party Defendant Four M Corporation was given until February 9, 2017 to obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may file an entry and/or judgment of default against it without further notice. The order was mailed to Four M Corporation on January 19, 2016. The order was returned undeliverable and was resent to a different address on February 16, 2016. (Filing No. 54). The second mailing has not been returned. To date, Third Party Defendant Four M Corporation failed to appoint new counsel.

Accordingly,

IT IS ORDERED:

1) Third Party Defendant Four M Corporation is given until April 11, 2016 to show cause why the court should not enter a default and/or default judgment against it without further notice.

2) The clerk shall mail a copy of this order to Third Party Defendant Four M Corporation at:

>  Four M. Corporation
>  c/o Be, Inc.
>  1248 O Street, Suite 600
>  Lincoln, NE 68508

Dated this 21st day of March, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge